UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X    Case No. 1:24-cv-08157-LJL
                                                           :
STRIKE 3 HOLDINGS, LLC,                                    :
                                                           :
                    Plaintiff,                             :
                                                           :
        vs.                                                :
                                                           :
JOHN DOE subscriber assigned IP address                    :
67.254.162.23,                                             :
                                                           :
                    Defendant.                             :
-----------------------------------------------------------X
```

*The motion is granted, subject to Plaintiff's submission to the Court of a proposed protective order consistent with that set forth in* Strike 3 Holdings, LLC v. Doe, *No. 23-CV-10485 (LJL), 2023 WL 8650838, at \*2 (S.D.N.Y. Dec. 14, 2023).*

*Date: 11/14/24*

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Spectrum, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 11/13/2024                          Respectfully submitted,

                                    By:    /s/ *Jacqueline M. James*
                                           Jacqueline M. James, Esq. (1845)
                                           The James Law Firm, PLLC
                                           445 Hamilton Avenue
                                           Suite 1102
                                           White Plains, New York 10601
                                           T: 914-358-6423
                                           F: 914-358-6424
                                           E-mail: jjames@jacquelinejameslaw.com
                                           *Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

      By:  /s/ *Jacqueline M. James*